**Petition for Writ of Mandamus is DENIED; Opinion Filed May 6, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00571-CV**

**IN RE CHARLES HENSLEY MITCHELL, Relator**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC11-14792**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Lang

The Court has before it relator's petition for writ of mandamus in which he asks us to order the 68th Judicial District Court to forward relator's notice of appeal to this Court. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

130571F.P05